No. D–887.   IN RE DISBARMENT OF ARAGON.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1064.]

No. 116, Orig.   ALABAMA ET AL. *v.* W. R. GRACE & CO. ET AL.   Motion of New Jersey for leave to intervene as a party plaintiff denied.   Motion for leave to file bill of complaint denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 89–1193.   B & H INDUSTRIES OF SOUTHWEST FLORIDA, INC. *v.* DIETER ET AL.   C. A. 11th Cir.;
No. 89–1499.   PLAZZO ET AL. *v.* NATIONWIDE MUTUAL INSURANCE CO. ET AL.   C. A. 6th Cir.; and
No. 89–1508.   COLORADO INTERSTATE GAS CO. *v.* NATURAL GAS PIPE LINE COMPANY OF AMERICA ET AL.   C. A. 10th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 89–1399.   INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA ET AL. *v.* GEORGE ET AL.   Ct. App. Cal., 4th App. Dist.   Motions of World Hindu Assembly of North America et al., National Association of Evangelicals et al., and National Council of Churches of Christ in the United States et al. for leave to file briefs as *amici curiae* granted.

No. 89–1433.   UNITED STATES *v.* EICHMAN ET AL.   D. C. D. C.   [Probable jurisdiction noted, 494 U. S. 1063]; and
No. 89–1434.   UNITED STATES *v.* HAGGERTY ET AL.   D. C. W. D. Wash.   [Probable jurisdiction noted, 494 U. S. 1063.]   Motion of Association of Art Museum Directors et al. for leave to file a brief as *amici curiae* out of time granted.

No. 89–5916.   DEMAREST *v.* MANSPEAKER ET AL.   C. A. 10th Cir.   [Certiorari granted, *ante*, p. 903.]   Motion for appointment of counsel granted, and it is ordered that James E. Scarboro, Esq., of Denver, Colo., be appointed to serve as counsel for petitioner in this case.